**EXHIBIT A**



Daniel Nusbaum <nusbaum2@gmail.com>

# Scheduling Meet & Confer

5 messages

---

**Daniel Joshua Nusbaum <nusbaum2@gmail.com>**  Mon, Aug 17, 2009 at 12:33 AM
To: ckepplinger@eckertseamans.com

Christina,

Are you available at 1:00pm on Monday for a meet and confer session by telephone regarding your Motion to Compel? Please let me know at your earliest opportunity. Thank you.

--Dan Nusbaum

---

**CKepplinger@eckertseamans.com <CKepplinger@eckertseamans.com>**  Mon, Aug 17, 2009 at 6:20 AM
To: Daniel Joshua Nusbaum <nusbaum2@gmail.com>

Dan-
I am not available on Monday at 1. I am available Tuesday morning.
Christina


Daniel Joshua Nusbaum <nusbaum2@gmail.com>
08/17/2009 12:34 AM

To
Christina I Kepplinger/ESCM@ESCM
cc

Subject
Scheduling Meet & Confer

[Quoted text hidden]

---

**Daniel Joshua Nusbaum <nusbaum2@gmail.com>**  Mon, Aug 17, 2009 at 7:17 AM
To: Christina Kepplinger <ckepplinger@eckertseamans.com>

Christina,

How about Tuesday at 9am?

Daniel J. Nusbaum
329 Highland Road
Pittsburgh, Pennsylvania 15235
(917) 567-3168 (mobile)
nusbaum2@gmail.com

[Quoted text hidden]

---

**CKepplinger@eckertseamans.com <CKepplinger@eckertseamans.com>**  Mon, Aug 17, 2009 at 7:32 AM
To: Daniel Joshua Nusbaum <nusbaum2@gmail.com>

Tuesday at 9:00 suits my schedule.  Please call me then.
Christina

**Daniel Joshua Nusbaum <nusbaum2@gmail.com>**

08/17/2009 07:18 AM

To Christina Kepplinger <ckepplinger@eckertseamans.com>
cc
Subject Re: Scheduling Meet & Confer

[Quoted text hidden]

---

**Daniel Joshua Nusbaum <nusbaum2@gmail.com>**  Mon, Aug 17, 2009 at 7:37 AM
To: Christina Kepplinger <ckepplinger@eckertseamans.com>

Alright then, I will call you at 9am.

--Dan

[Quoted text hidden]

---