# EXHIBIT C

# DANIEL J. NUSBAUM

329 Highland Road
Pittsburgh, Pennsylvania 15235
(917) 567-3168 (mobile)
nusbaum2@gmail.com

August 23, 2009

By First-Class Mail

Christina I. Kepplinger, Esq.
James H. Norris, Esq.
Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, Pennsylvania 15219

      Re:    *Nusbaum v. MBFG Limited Partnership d/b/a Monterey Bay Fish Grotto*, No. 2:07-cv-01032 (NBF)

Dear Ms. Kepplinger and Mr. Norris:

      Please find enclosed documents marked as DN 000737 – DN 000740, DN 001053, DN 001193 – DN 001194, DN 001199 – DN 001200, DN 001202, and DN 001241 – DN 001244.  I have agreed to withdraw my assertion of privilege as to each of these documents.

      Very truly yours,

      Daniel J. Nusbaum

(Enclosures)