UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

_____

DANIEL J. NUSBAUM,              )
                                )
        *Plaintiff*,         )
                                )
v.                              )
                                )  No. 2:07-cv-01032 (NBF)
MBFG LIMITED PARTNERSHIP d/b/a  )
MONTEREY BAY FISH GROTTO,       )
                                )
        *Defendant*.         )
_____

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

It is hereby stipulated that the above-captioned action be discontinued and dismissed with prejudice, and without costs to either party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

BY THE PLAINTIFF:                      BY THE DEFENDANT:

s/ Daniel J. Nusbaum                   s/ James H. Norris, Esq.
_____        _____
Daniel J. Nusbaum                      James H. Norris, Esq.
2910 Voelkel Avenue                    Eckert Seamans Cherin & Mellott, LLC
Apartment 1                            U.S. Steel Tower
Pittsburgh, Pennsylvania 15216         600 Grant Street, 44th Floor
(917) 567-3168                         Pittsburgh, Pennsylvania 15219
nusbaum2@gmail.com                     (412) 566-6159
                                       jnorris@eckertseamans.com

Dated: February 7, 2011                Dated: February 7, 2011